AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2-21-cr-00077 |
| Zhong Wheat | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/15/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Terry K. Sherman
_____
*Printed name of defendant's attorney*

s/Edmund A. Sargus, Jr.
_____
*Judge's signature*

Edmund A. Sargus, Jr.  U.S. District Judge
_____
*Judge's printed name and title*